**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

2025 NOV 20 P 3: 16

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

DORA L. ADKINS,
P.O. BOX 3825
MERRIFIELD, VA 22116
Plaintiff (*pro se*),

V. CIVIL ACTION NO.: 1:25-CV-2117-RDA-WEF

ROSSLYN SYNDICATE, LC
Registered Office Address:
8321 OLD COURTHOUSE ROAD, SUITE 300
VIENNA, VA, 22182 - 0000, USA
Defendant.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

**MOTION TO EXPEDITE**

Plaintiff is kindly submitting and/or requesting a "Motion to Expedite."

A copy of a "Proposed Emergency Complaint," against the Defendant, Rosslyn Syndicate, LC., is attached along with four Exhibits for Proof and Evidence. The Plaintiff, Dora L. Adkins, *pro se* provides a "Proposed Emergency Complaint," against the Defendant, Rosslyn Syndicate, LC., for Count #1: Neglience; Count #2: Breach of Contract; Count #3: Intentional Infliction of Emotional Distress; and a Claim for Punitive Damages which are Warranted as a *Prima Facie* Case Cause of Action.

Respectfully Yours,

Dora L. Adkins, *pro se*

**CERTIFICATE OF SERVICE:**

I certify that on November 20, 2025, I filed a "Proposed Emergency Complaint," and a "Motion for Leave from the Court to File an Emergency Complaint," and "Motion to Expedite," against Defendant, Rosslyn Syndicate, LC.

**REGISTERED OFFICE ADDRESS**:
ROSSLYN SYNDICATE, LC
Registered Office Address:
8321 OLD COURTHOUSE ROAD, SUITE 300
VIENNA, VA, 22182 - 0000, USA

**PRINCIPAL OFFICE ADDRESS**:
C/O DITTMAR COMPANY
8321 OLD COURTHOUSE RD
VIENNA, VA, 22182 - 3817, USA,

**PHYSICAL ADDRESS**:
1900 N. Fort Myer Dr
Arlington, VA 22209
Telephone Number: (703) 952-1900

Respectfully Yours,

Dora Adkins

Dora L. Adkins, *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,
Plaintiff, (*pro se*)

v. Civil Action No.

ROSSLYN SYNDICATE, LC
Defendant.

**CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Executed on November 20, 2025 (Date)

**OR**

Dora L. Adkins

(Name of Attorney)

No Telephone Number

(Telephone Number of Attorney)

Prepared or assisted in preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Dora Adkins

Signature of Pro Se Party (Print or Type)

Executed on November 20, 2025 (Date)